UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| Hilda L. Solis, Secretary of Labor, United States Department of Labor, Plaintiff, v. LARRY CHANEY, CLRS ENTERPRISES doing business as WOODWARD THOMSEN COMPANY and THE WOODWARD THOMSEN COMPANY SIMPLE IRA PLAN, Defendants | CIVIL ACTION NO. 2:10-cv-460-DBH |

## CONSENT JUDGMENT AND ORDER

Defendants Larry Chaney, CLRS Enterprises, doing business as Woodward Thomsen Company, and the Woodward Thomsen Company SIMPLE IRA Plan and Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor, (the "Secretary") have agreed to resolve all matters in controversy in this action (except for the imposition by Plaintiff of any penalty pursuant to ERISA Section 502(l) and any proceedings related thereto), and said parties do now consent to entry of a Judgment and Order by this Court in accordance therewith.

The parties agree, for purposes of any future assessment of penalty pursuant to ERISA §502(l), 29 U.S.C. §1132(l), that the "applicable recovery amount" shall be the amount of $9,995.92 as set forth in paragraph 1, below.

Upon consideration of the record herein, and as agreed to by the parties, the Court finds that it has jurisdiction to enter this Consent Judgment and Order.

Defendants Larrry Chaney, CLRS Enterprises doing business as Woodward Thomsen Company and the Woodward Thomsen Company SIMPLE IRA Plan, having agreed to entry of

this Consent Judgment and Order, and with due consideration and being fully advised of the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Within thirty (30) days of entry of this Order, Defendant Larry Chaney shall restore to the Woodward Thomsen Company SIMPLE IRA ("the Plan") the amount of $9,995.92. The total amount shall be added, and allocated, to accounts of Plan participants as set forth in Appendix A to this Judgment. In the event that a participant no longer maintains an account with the Plan, Defendant Larry Chaney shall offer the participant, at a minimum, the option of transferring the amount owed to the participant as set forth in Appendix A to a retirement account of the participant's choice.

2. Within sixty (60) days of entry of this Order, defendant Larry Chaney shall ensure that all distributions under the Plan are made to all Plan participants. In effecting distributions under the Plan, defendant Larry Chaney shall follow all appropriate steps to locate participants of the Plan, as outlined in the Department of Labor Field Assistance Bulletin 2004-02 attached hereto as Appendix B.

3. Defendant Larry Chaney shall provide the Department of Labor with proof of distributions made under the terms of the Plan. With respect to providing the Department with notification or verification of matters set forth in this Consent Judgment, said notification shall be provided to: United States Department of Labor, Employee Benefits Security Administration, JFK Federal Building, Room 575, Boston, MA 02203, Attention: Investigator Gerald D'Avolio.

4. Defendant Larry Chaney shall take all steps to terminate the Plan, including but not limited to, executing any and all documents necessary to effect termination of the Plan.

Defendant Larry Chaney shall ensure that the Plan is terminated within thirty (30) days after final distributions as set forth in paragraph 2 are made under the Plan.

5. Defendant Larry Chaney is permanently enjoined from violating the provisions of Title I of ERISA. Following the termination of the Plan as set forth above, defendant Larry Chaney is permanently enjoined from serving as a fiduciary to any ERISA covered Plan.

6. Each party shall bear its own fees and expenses with respect to this action.

7. The Court shall retain jurisdiction of this matter for the purposes of enforcing this Consent Judgment and Order.

8. Nothing in this Judgment is binding on any governmental agency other than the United States Department of Labor.

IT IS SO ORDERED THIS 5th day of April, 2011.

/s/D. Brock Hornby
United States District Judge


Consented to by:

For the Plaintiff
Secretary of Labor:

M. Patricia Smith
Solicitor of Labor

Michael D. Felsen
Regional Solicitor


*/s/ Maureen L. Canavan*           *April 4, 2011*_____
Maureen L. Canavan                 Dated
Attorney
U.S. Department of Labor
Office of the Solicitor

J.F.K. Federal Building, Room E-375
Boston, MA  02203

For the Defendants:


*/s/ Larry Chaney*                                                    *April 1, 2011*_____
Larry Chaney                                                          Dated



*/s/ Larry Chaney*                                                    *April 1, 2011*_____
CLRS Enterprises, doing business as                                   Dated
Woodward Thomsen Company


*/s/ Larry Chaney*                                                    *April 1, 2011*_____
Woodward Thomsen Company SIMPLE                                       Dated
IRA Plan

APPENDIX A

| Participant | Recovery Amount |
|---|---:|
| Jesse Adamo | $ 250.00 |
| Peter Dunphy | $1,930.00 |
| Jon Farr | $ 780.00 |
| Richard Hawkes | $1,250.00 |
| Mark Jacobs | $ 280.00 |
| Thomas Thomsen | $4,705.92 |
| Andrew Tripp | $ 800.00 |
| Total: | $9,995.92 |